```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**DEAN REIMUND,**

       Plaintiff,

  vs.                                  **Civil Action 2:09-CV-505**
                                                  **Judge Marbley**
                                                  **Magistrate Judge King**

**FAITH, INC., dba**
**PIZZA HOUSE,** *et al.***,**

       Defendants.


<u>**ORDER**</u>

On September 18, 20090, the Court adopted and affirmed the *Report and Recommendation* recommending dismissal of the action for lack of jurisdiction and for failure to state a claim upon which relief can be granted. *Opinion and Order*, Doc. No. 13. Final judgment dismissing this case was entered that same date. *Judgment*, Doc. No. 14. This matter is now before the Court on plaintiff's motion to reconsider. *Motion for Reconsideration*, Doc. No. 16.

Nothing stated in plaintiff's *Motion for Reconsideration* persuades the Court that final judgment was entered in error. The *Motion for Reconsideration*, Doc. No. 16, is therefore **DENIED.**


                                                         *s/Algenon L. Marbley*
                                                          Algenon L. Marbley
                                               United States District Judge